**Appeal Ordered Withdrawn and Opinion issued June 28, 1999**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-00974-CR

## JOHN HENRY CALLAHAN, Appellant

## V.

## STATE OF TEXAS, Appellee

---

**On Appeal from the 194th District Court
Dallas County, Texas
Trial Court Cause No. F96-77057-M**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47